(62 Misc. Rep. 595.)

### In re DENYSE et al.

(Surrogate's Court, Kings County. March, 1909.)

EXECUTORS AND ADMINISTRATORS (§ 32*)—REVOCATION OF LETTERS—PETITION BY INFANT.

> In proceedings to revoke letters testamentary on the joint petition of an infant legatee and her father, who is also a legatee for a nominal amount, the petition will not be dismissed because one petitioner by reason of infancy is incapable of maintaining the proceedings.
>
> [Ed. Note.—For other cases, see Executors and Administrators, Cent. Dig. § 205; Dec. Dig. § 32.*]

In the matter of the application of George Denyse and Ella I. Denyse for revocation of letters testamentary granted to Mary Heist, executrix. Motion to dismiss petition denied.

Henry M. Dater, for petitioners.
David M. Neuberger, for executrix.
Edward J. Fanning, special guardian.

KETCHAM, S. Proceedings to revoke letters testamentary have been commenced by joint petition of an infant legatee and her father, who is also a legatee, but for a nominal amount. The infant has no guardian, general or special, and makes her petition in her own name and behalf.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes.

·˙ The motion to dismiss the petition, on the ground that one of the petitioners is by reason of infancy incapable of maintaining it, must be denied. The questions presented by the motion were laid by Surrogate Coffin in 1884 (Matter of Watson, 2 Dem. 642), and his views there expressed have remained without dissent. Let order be settled providing for the filing and service of answer and setting the case for trial.

Decreed accordingly.